UNITED STATES DISTRICT COURT 15 cv-4003

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: _____ MI-E _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐   No☐

Does this case involve multidistrict litigation possibilities?   Yes☐   No☐
RELATED CASE, IF ANY:
Case Number: **MDL 2284**   Judge **Pratter**   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☐
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☐
3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☐
4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☐

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ ~~Motor Vehicle Personal~~ Injury
6. ☐ Other Personal Injury (Please specify)
7. ☑ Products Liability
8. ☐ ~~Products Liability~~ — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

7/20/15

ARBITRATION CERTIFICATION
*(Check Appropriate Category)*
I, _____, counsel of record do hereby certify:
  ☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
  ☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
                          Attorney-at-Law                  Attorney I.D.#
NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: **7/20/15**   **Eric Sobieski**   _____
                     ~~Attorney-at-Law~~            Attorney I.D.#

CIV. 609 (5/2012)

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

15-4003

MDL No. 2284

(SEE ATTACHED SCHEDULE)

FILED
JUL 2 0 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

CONDITIONAL TRANSFER ORDER (CTO –41)

On October 20, 2011, the Panel transferred 17 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 825 F.Supp.2d 1357 (J.P.M.L. 2011). Since that time, 136 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Gene E.K. Pratter.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Pratter.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 20, 2011, and, with the consent of that court, assigned to the Honorable Gene E.K. Pratter.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 17, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: IMPRELIS HERBICIDE MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION                                           MDL No. 2284

## SCHEDULE CTO-41 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| MICHIGAN EASTERN | | | |
| MIE | 4 | 15-12397 | Corker et al v. E.I. Du Pont de Nemours and Company |

CLOSED

15-4003

U.S. District Court
Eastern District of Michigan (Flint)
CIVIL DOCKET FOR CASE #: 4:15-cv-12397-LVP-DRG

Corker et al v. E.I. Du Pont de Nemours and Company
Assigned to: District Judge Linda V. Parker
Referred to: Magistrate Judge David R. Grand
Case in other court: Washtenaw County Circuit Court, 15-00557-NP
Cause: 28:1331 Product Liability

Date Filed: 07/06/2015
Date Terminated: 07/17/2015
Jury Demand: None
Nature of Suit: 385 Prop. Damage Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Richard Corker**     represented by     **Jordan S. Vahdat - NOT ADMITTED**
Elassal & Associates
1000 N. Telegraph Road
Dearborn, MI 48128
313-529-4357
Fax: 313-584-6777
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Corker**     represented by     **Jordan S. Vahdat - NOT ADMITTED**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**E.I. Du Pont de Nemours and Company**     represented by     **Kathryn S. Wood**
Dickinson Wright
500 Woodward Avenue
Suite 4000
Detroit, MI 48226-3425
313-223-3500
Email: kwood@dickinson-wright.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/06/2015 | 1 | NOTICE OF REMOVAL by E.I. Du Pont de Nemours and Company from Washtenaw County Circuit Court, case number 15-557-NP. Fee Required - Fee Not Paid. [Previously dismissed case: No] [Possible companion case(s): None] (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - State Court Action Complaint, # 3 Exhibit B - Demand Letter) (Wood, Kathryn) (Entered: 07/06/2015) |
| 07/06/2015 |   | FILING FEE Received in the amount of $400.00 by E.I. Du Pont de Nemours and Company - Receipt No. DET081174 [No Image Associated with this docket entry] (Huff, W.) (Entered: 07/06/2015) |
| 07/06/2015 |   | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (TMcg) (Entered: 07/06/2015) |
| 07/10/2015 | 2 | STIPULATED ORDER Extending Time to Respond to Plaintiffs' Complaint. Signed by District Judge Linda V. Parker. (RLou) (Entered: 07/10/2015) |
| 07/17/2015 | 3 | MDL Certified Conditional Transfer Order (CTO-41) for MDL # 2284. [Informational Copy] (SSch) (Entered: 07/20/2015) |
| 07/17/2015 | 4 | MDL Certified Conditional Transfer Order (CTO-41) to Eastern District of Pennsylvania for MDL # 2284. (SSch) (Entered: 07/20/2015) |
| 07/20/2015 | 5 | NOTICE of Transfer to the Eastern District of Pennsylvania for MDL 2284. (SSch) (Entered: 07/20/2015) |
| 07/20/2015 |   | Case transferred to Eastern District of Pennsylvania. (SSch) (Entered: 07/20/2015) |

| PACER Service Center |
|---|
| Transaction Receipt |

|  | 07/20/2015 11:54:31 | | |
|---|---|---|---|
| PACER Login: | ud1652:4263085:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:15-cv-12397-LVP-DRG |
| Billable Pages: | 2 | Cost: | 0.20 |