IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : : : | 
| | MDL No. 2264 |
| | 11-md-2284 |
| THIS DOCUMENT APPLIES TO: *Richard and Donna Corker v. E.I. du Pont de Nemours and Company* | : : : : : |
| | 15-cv-4003 |

### ORDER

AND NOW, this 18th day of September, 2015, upon consideration of DuPont's Motion to Dismiss (Docket No. 472, Civil Action No. 11-2284), the Plaintiffs' Opposition (Docket No. 482, Civil Action No. 11-2284) and DuPont's Reply (Docket No. 484, Civil Action No. 11-2284), it is hereby **ORDERED** that: DuPont's Motion (Docket No. 381) is **GRANTED**. All claims brought by Plaintiffs are **DISMISSED with prejudice**. The Clerk of Court shall mark this case (Civil Action No. 15-4003) **CLOSED** for all purposes, including statistics.

BY THE COURT:

*[signature]*

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE